FILED
ASHEVILLE, N.C.
APR 0 5 2017
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17cr40 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| JOSEPH SAMUEL DAVIS, et al | ) | |
| | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants, and the Motion to Seal be sealed.

This the 5th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE