IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-CR-040

FILED
ASHEVILLE, N.C.

APR 1 2 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH SAMUEL DAVIS | ) |
| LEROY MILLER, JR. | ) |
|               Defendants. | ) |

## ORDER TO UNSEAL INDICTMENT

Upon the motion of the United States, the Court hereby ORDERS that the bill of indictment in this case be UNSEALED.

This the _12th_ day of April, 2017.

DENNIS L. HOWELL
U.S. MAGISTRATE JUDGE
Western District of North Carolina
Asheville, North Carolina

1